JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant
Hartford Life and Accident Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA BATEMAN, as heir to the estate of HELMER JOHANSEN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, MONUMENTAL LIFE INSURANCE COMPANY, an Iowa Corporation, DOES I through X, inclusive and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01852-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and their respective counsel, that this action be dismissed, with prejudice, with each party to bear her/its own attorneys' fees and costs.

DATED this ___ day of December, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Jeffrey D. Olster
Nevada Bar No. 008864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
Hartford Life and Accident Insurance Company*

4842-0403-8418.1

DATED this 21 day of December, 2012

          RANDS, SOUTH & GARDNER

          By _____
              Douglas J. Gardner
              Nevada Bar No. 004609
              1055 Whitney Ranch Drive, Suite 220
              Henderson, Nevada 89014
              *Attorneys for Plaintiff*

DATED this ___ day of December, 2012

          BALLARD SPAHR LLP

          By _____
              Stanley W. Parry
              Nevada Bar No. 001417
              Timothy R. Mulliner
              Nevada Bar No. 010692
              100 North City Parkway, Suite 1750
              Las Vegas, Nevada 89106
              *Attorneys for Defendant*
              *Monumental Life Insurance Company*

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

IT IS SO ORDERED this _____ day of _____, _____.

_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-0403-8418.1           2

DATED this ___ day of December, 2012

RANDS, SOUTH & GARDNER

By _____
Douglas J. Gardner
Nevada Bar No. 004609
1055 Whitney Ranch Drive, Suite 220
Henderson, Nevada 89014
*Attorneys for Plaintiff*

DATED this 21st day of December, 2012

BALLARD SPAHR LLP

By _____
Stanley W. Parry
Nevada Bar No. 001417
Timothy R. Mulliner
Nevada Bar No. 010692
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendant
Monumental Life Insurance Company*

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

IT IS SO ORDERED this 15 day of JANUARY, 2013

_____
U.S. DISTRICT COURT JUDGE

4842-0403-8418.1

2